# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| TERRANCE GERARD STANTON, )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Case No. CV615-064<br>CR612-018 |

# ORDER

Terrance Stanton filed a 28 U.S.C. § 2255 motion to vacate his convictions and sentence for conspiracy with intent to distribute cocaine and use of a communications facility. Doc. 1124.[1] The Court thereafter granted him leave to file a lengthy brief (doc. 1134), and leave to amend. Doc. 1138. At this point, his briefing exceeds 60 pages. After preliminary review, it does not "plainly appear" that he "is not entitled to relief." Rule 4 of the Rules Governing Section 2255 Proceedings.

Consequently, the Clerk is **DIRECTED** to serve the United States Attorney with this Order and copies of doc. 1124 and doc. 1137. The Court directs the Government to file an answer or response within sixty

---

[1] All citations are to the criminal docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

days from the date of this Order.[2] Rule 4(b). Stanton must furnish the United States Attorney in Savannah, Georgia, with copies of all further motions or papers filed in this case.

**SO ORDERED**, this  9th   day of May, 2016.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] The volume, complexity, and lack of facial frivolity of Stanton's claims merits a longer-than-normal response period.