UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| TERRANCE GERARD STANTON, | ) | |
|---|---|---|
| Movant, | ) | |
| v. | ) | CV615-064 |
| | ) | CR612-018 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

The Court vacates its March 13, 2017 Order adopting the January 9, 2017 Report and Recommendation (R&R). Pursuant to the Court's March 7, 2017 order granting Terrance Stanton's second request for an extension of time, movant shall have up to and including April 3, 2017 to file his objections to the R&R. No further extensions shall be granted.

ORDER ENTERED at Augusta, Georgia, this 17th day of March, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA