IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| TERRANCE STANTON, | ) | |
| Petitioner-Appellant, | ) ) ) | |
| vs. | ) ) | Case No. 6:15CV-64 |
| | ) ) | 6:12CR-18 |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent-Appellee. | ) | |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 12th day of February, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA